# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  CONNECTICUT
### NEW HAVEN  DIVISION

In re:                                      §
                                            §
Andrew P. Tournas                           §        Case No. 14-31539
                                            §
              Debtor                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

George Roumeliotis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2.00<br>*(Without deducting any secured claims)* | Assets Exempt: 291,858.57 |
| Total Distributions to Claimants:  34,290.56 | Claims Discharged<br>Without Payment:  6,944,703.95 |
| Total Expenses of Administration:  17,310.95 | |

3) Total gross receipts of $ 51,601.51  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 51,601.51  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 800,000.00 | $ 33,290.56 | $ 33,290.56 | $ 33,290.56 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,310.95 | 17,310.95 | 17,310.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,609.64 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,810,418.00 | 709,676.31 | 709,676.31 | 1,000.00 |
| **TOTAL DISBURSEMENTS** | $ 7,612,027.64 | $ 760,277.82 | $ 760,277.82 | $ 51,601.51 |

4)  This case was originally filed under chapter 7 on  08/15/2014 .  The case was pending for 25 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/15/2016                           By:/s/George Roumeliotis
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1962 Corvette-Convertible | 1129-000 | 51,601.51 |
| **TOTAL GROSS RECEIPTS** | | **$ 51,601.51** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LaChance Financial Services, Inc. | 4210-000 | 800,000.00 | 33,290.56 | 33,290.56 | 33,290.56 |
| **TOTAL SECURED CLAIMS** | | | **$ 800,000.00** | **$ 33,290.56** | **$ 33,290.56** | **$ 33,290.56** |

EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| George Roumeliotis | 2100-000 | NA | 5,159.45 | 5,159.45 | 5,159.45 |
| George Roumeliotis | 2200-000 | NA | 278.86 | 278.86 | 278.86 |
| International Sureties, Ltd. | 2300-000 | NA | 25.05 | 25.05 | 25.05 |
| Andrew P. Tournas | 2420-000 | NA | 465.00 | 465.00 | 465.00 |
| Union Bank | 2600-000 | NA | 118.49 | 118.49 | 118.49 |
| Roumeliotis Law Group PC | 3110-000 | NA | 4,515.00 | 4,515.00 | 4,515.00 |
| The Hamilton Group, LLC | 3610-000 | NA | 5,128.12 | 5,128.12 | 5,128.12 |
| The Hamilton Group, LLC | 3620-000 | NA | 1,620.98 | 1,620.98 | 1,620.98 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 17,310.95 | $ 17,310.95 | $ 17,310.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alabama Secretary of State Business Entities Division P.O. Box 5616 Montgomery, AL 36103-5616 | | 0.00 | NA | NA | 0.00 |
| | Arkansas Secretary of State State Capitol, suite 256 500 Woodlane Avenue Little Rock, AR 72201 | | 0.00 | NA | NA | 0.00 |
| | California Secretary of State Business Entities Division 1500  11th Street Sacramento, CA 95814 | | 0.00 | NA | NA | 0.00 |
| | Colorado Department of State 1700 Broadway Suite 200 Denver, CO 80290 | | 0.00 | NA | NA | 0.00 |
| | Connecticut Sec. of State Business Entities Division 30 Trinity Street Hartford, CT 06106 | | 0.00 | NA | NA | 0.00 |
| | Georgia Secretary of State 214 State Capitol Atlanta, GA 30334 | | 0.00 | NA | NA | 0.00 |
| | Illinois Secretary of State 213 State Capitol Springfield, IL 62756 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indiana Secretary of State 200 West Washington Street Room 201 Indianapolis, IN 46204 | | 0.00 | NA | NA | 0.00 |
| | Iowa Secretary of State 1007 East Grand Avenue State Capitol, Room 105 Des Moines, IA 50319 | | 0.00 | NA | NA | 0.00 |
| | Jackson County Missouri Assessment Department 321 West Lexington Avenue Suite 144 Independence, MO 64050 | | 268.00 | NA | NA | 0.00 |
| | Kansas Secretary of State 120 SW Tenth Avenue Memorial Hall, First Floor Topeka, KS 66612-1594 | | 0.00 | NA | NA | 0.00 |
| | Kentucky Secretary of State Business Entities Division 700 Capitol Avenue Suite 152 Frankfort, KY 40601 | | 0.00 | NA | NA | 0.00 |
| | Maine Secretary of State 148 State House Station Augusta, ME 04333-0148 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maryland Secretary of State Business Entities Division 16 Francis Street Annapolis, MD 21401 | | 0.00 | NA | NA | 0.00 |
| | Mass. Sec. of Commonwealth Corporation Division One Ashburton Place 17th Floor Boston, MA 02108 | | 0.00 | NA | NA | 0.00 |
| | Missouri Department of Revenue Taxation Division P.O. Box 1629 Jefferson City, MO 65105-1629 | | 0.00 | NA | NA | 0.00 |
| | New Jersey Dept. of State Business Entities Division 225 West State Street P.O. Box 300 Trenton, NJ 08625 | | 0.00 | NA | NA | 0.00 |
| | New York Dept of State 99 Washington Avenue One Commerce Plaza Albany, NY 12231-0001 | | 0.00 | NA | NA | 0.00 |
| | North Carolina Sec. of State Business Entities Division P.O. Box 29622 Raleigh, NC 27626-0622 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Office of the Secretary Commonwealth of Virginia Business Entities Division P.O. Box 2454 Richmond, VA 23218 | | 0.00 | NA | NA | 0.00 |
| | Oklahoma Secretary of State Business Entities Division 2300 North Lincoln Boulevard Suite 101 Oklahoma City, OK 73105-4897 | | 0.00 | NA | NA | 0.00 |
| | Oregon Secretary of State Business Entities Division 136 State Capitol Salem, OR 97310-0722 | | 0.00 | NA | NA | 0.00 |
| | Pennsylvania Dept of State Bureau of Corporations 401 North Street Room 206 Harrisburg, PA 17120 | | 0.00 | NA | NA | 0.00 |
| | Rhode Island Div. of Taxation Compliance and Collection One Capitol Hill Providence, RI 02908 | | 1,341.64 | NA | NA | 0.00 |
| | Rhode Island Sec. of State 148 West River Street Providence, RI 02904-2615 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | South Carolina Sec. of State 1205 Pendleton Street Suite 525 Columbia, SC 29201 | | 0.00 | NA | NA | 0.00 |
| | Utah Lt. Governor's Office Business Entities P.O. Box 142325 Salt Lake City, UT 84114-2325 | | 0.00 | NA | NA | 0.00 |
| | West Virginia Sec. of State 1900 Kanawha Boulevard East Building 1, Suite 157-K Charleston, WV 25305-0770 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 1,609.64** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Arbitration Assoc. One Center Plaza, Third Floor Boston, MA 02108 | | 225.00 | NA | NA | 0.00 |
| | Carmody & Torrance 50 Leavenworth Street P.O. Box 1110 Waterbury, CT 06721-1110 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Connecticut Development Auth. c/o Pullman & Comley LLC 850 Main Street P.O. Box 7006 Bridgeport, CT 06601 | | 1,700,000.00 | NA | NA | 0.00 |
| | Farm Credit East 240 South Road Enfield, CT 06082-4451 | | 876,273.00 | NA | NA | 0.00 |
| | HRP Associates 197 Scott Swamp Road Farmington, CT 06032 | | 3,199.00 | NA | NA | 0.00 |
| | LaChance Financial Services 203 Southwest Cutoff Northborough, MA 01532 | | 800,000.00 | NA | NA | 0.00 |
| | Local 376 UAW 97 South Street Suite 122/124 West Hartford, CT 06110 | | 0.00 | NA | NA | 0.00 |
| | Michael Payne 2215 Haymaker Road Monroeville, PA 15146 | | 400,000.00 | NA | NA | 0.00 |
| | Michele Fiore 2215 Haymaker Road Monroeville, PA 15146 | | 400,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Philadelphia Insurance Company 231 St. Asaphs Road, #100 Bala Cynwyd, PA 19004 | | 0.00 | NA | NA | 0.00 |
| | TD Bank, N.A. c/o Robinson & Cole LLP 280 Trumbull Street Hartford, CT 06103 | | 2,054,721.00 | NA | NA | 0.00 |
| | Zimmer Kunz, PLLC 310 Grant Street Suite 3000 Pittsburgh, PA 15219 | | 0.00 | NA | NA | 0.00 |
| 1 | M & T Bank | 7100-000 | 576,000.00 | 709,676.31 | 709,676.31 | 1,000.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 6,810,418.00 | $ 709,676.31 | $ 709,676.31 | $ 1,000.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-31539 | JAM | Judge: | Julie A. Manning | Trustee Name: | George Roumeliotis |
|---|---|---|---|---|---|---|
| Case Name: | Andrew P. Tournas | | | | Date Filed (f) or Converted (c): | 08/15/2014 (f) |
| | | | | | 341(a) Meeting Date: | 09/23/2014 |
| For Period Ending: | 09/15/2016 | | | | Claims Bar Date: | 12/21/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 2.  Webster Bank, P.O. Box 191, Waterbury, Connecticut 06720-019 | 1,406.11 | 0.00 | | 0.00 | FA |
| 3.  Miscellaneous Household Goods And Furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 4.  Miscellaneous Wearing Apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 5.  Amica Life Insurance Term Policy No. Ending 1462 | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Charles Schwab & Co. Inc. - Ira Contributory Account Ending | 285,852.46 | 0.00 | | 0.00 | FA |
| 7.  Icr Associates, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 8.  Former Connecticut Spa Manufacturer, Inc. | 1.00 | 0.00 | | 0.00 | FA |
| 9.  1962 Corvette-Convertible | 20,000.00 | 51,601.51 | | 51,601.51 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $311,860.57 | $51,601.51 | $51,601.51 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case is ready to close.

Initial Projected Date of Final Report (TFR): 12/31/2016          Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-31539

Case Name: Andrew P. Tournas

Taxpayer ID No: XX-XXX9651

For Period Ending: 09/15/2016

Trustee Name: George Roumeliotis

Bank Name: Union Bank

Account Number/CD#: XXXXXX2826

Checking

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/15 | 9 | The Hamilton Group, LLC<br>36 Killingworth Turnpike<br>Clinton, CT 06413 | Gross sale proceeds from sale of 1962 Chevrolet Corvette, per Court Order dated Nov. 5, 2015 (Doc ID 45) | 1129-000 | $51,601.51 | | $51,601.51 |
| 12/28/15 | 1001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | 2015-2016 Blanket Bond- #016027937 | 2300-000 | | $25.05 | $51,576.46 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.06 | $51,534.40 |
| 02/02/16 | 1002 | Andrew P. Tournas<br>60 Maple Street, Suite 32<br>Branford, CT 06405 | Approved administrative expense per Court Order dated 1/5/16 (Doc. ID 54) This is to reimburse the debtor for casualty insurance he purchased for the vehicle sold by the estate | 2420-000 | | $465.00 | $51,069.40 |
| 02/02/16 | 1003 | The Hamilton Group, LLC<br>Attn: Michael Knudsen<br>36 Killingworth Turnpike<br>Clinton, CT 06413 | Payment of Allowed Fees of Auctioneer per Court Order dated 1/28/16 (Doc ID 57) | 3610-000 | | $5,128.12 | $45,941.28 |
| 02/02/16 | 1004 | The Hamilton Group, LLC<br>Attn: Michael Knudsen<br>36 Killingworth Turnpike<br>Clinton, CT 06413 | Payment of Allowed Expenses of Auctioneer per Court Order dated 1/28/16 (Doc ID 57) | 3620-000 | | $1,620.98 | $44,320.30 |
| 02/02/16 | 1005 | LaChance Financial Services, Inc.<br>c/o Mr. Larry LaChance<br>Bankers Capital<br>203 Southwest Cutoff<br>Northborough, MA 01532 | Payment in full of compromised secured claim per Court Orders dated 11/5/15 (Doc. ID 44) and 1/5/16 (Doc. ID 54) | 4210-000 | | $33,290.56 | $11,029.74 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.43 | $10,953.31 |
| 05/09/16 | 1006 | George Roumeliotis<br>100 Pearl Street, 14th Floor<br>Hartford, CT 06103 | Distribution | | | $5,438.31 | $5,515.00 |

Page Subtotals: $51,601.51   $46,086.51

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 14-31539 | Trustee Name: George Roumeliotis | Exhibit 9 |
| Case Name: Andrew P. Tournas | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX2826 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9651 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 09/15/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | George Roumeliotis | Final distribution representing a payment of 100.00 % per court order. | ($5,159.45) | 2100-000 | | | |
| | | George Roumeliotis | Final distribution representing a payment of 100.00 % per court order. | ($278.86) | 2200-000 | | | |
| 05/09/16 | 1007 | Roumeliotis Law Group PC 100 Pearl Street 14th Floor Hartford, CT  06103 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $4,515.00 | $1,000.00 |
| 05/09/16 | 1008 | M & T Bank P.O. Box 1508 Buffalo, NY 14240 | Acct 3367 | 7100-000 | | $1,000.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $51,601.51 | $51,601.51 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $51,601.51 | $51,601.51 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $51,601.51 | $51,601.51 |

| Page Subtotals: | $0.00 | $5,515.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2826 - Checking | $51,601.51 | $51,601.51 | $0.00 |
| | $51,601.51 | $51,601.51 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $51,601.51 |
| Total Gross Receipts: | $51,601.51 |